O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VECRON EXIM LTD., <br><br> Plaintiff, <br><br> v. <br><br> CLINTON LEE STOKES, III, <br><br> Defendant. | Case No. CV 17-02944-CAS (RAOx) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Sanctions ("Motion"), the objecting and replying papers, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge filed on July 19, 2018 ("Report"). The time for filing objections to the Report has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///

Plaintiff's Motion for Sanctions is DENIED as to the request for a default judgment.

IT IS SO ORDERED.

DATED: August 10, 2018

___
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE