**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VECRON EXIM LTD. | ) | Case No. 2:17-cv-02944-CAS-RAOx |
| Plaintiff, | ) | [~~PROPOSED~~] JUDGMENT |
| v. | ) | |
| CLINTON LEE STOKES, III | ) | |
| Defendant. | ) | |

After considering of the papers in support and in opposition to Defendant Clinton Lee Stokes Motion for Summary Judgment and the oral argument of counsel,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT plaintiff Vecron Exim Ltd. take nothing by its complaint and that judgment be entered in favor of defendant Clinton Lee Stokes, III. Further, Clinton Lee Stokes, III shall recover costs, including attorney's fees in the amount of $0.00.

Dated: April 24, 2019

*Christina A. Snyder*
Christina A. Snyder
United States District Judge